UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE APPLICATION OF RIVADA NETWORKS PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS., <br><br> Plaintiff, | Civil Action No. 2:16-MC-00473-DCN <br><br> **NOTICE OF FILING** |

Rivada Networks submits the attached letter to the Court explaining extent of opposition to the *Pro Hac Vice* Application of Attorney Virginia Chavez Romano.

                                                  McANGUS GOUDELOCK & COURIE, L.L.C.

                                                  s/ Dominic A. Starr
                                                  Dominic A. Starr
                                                  Federal ID #06025
                                                  Post Office Box 1349
                                                  Founders Centre, 2411 N. Oak St, Suite 401 (29577)
                                                  Myrtle Beach, South Carolina 29578
                                                  (843) 848-6000


                                                  ATTORNEYS FOR RIVADA NETWORKS

January 6, 2017

UNITED STATES DISTRICT COURT
DISTRICT OF SOUTH CAROLINA
CHARLESTON DIVISION

| | |
|---|---|
| IN RE APPLICATION OF RIVADA NETWORKS PURSUANT TO 28 U.S.C. § 1782 TO CONDUCT DISCOVERY FOR USE IN FOREIGN PROCEEDINGS., | ) ) Civil Action No. 2:16-MC-00473-DCN ) ) |
| Plaintiff, | ) ) **CERTIFICATE OF SERVICE** |
| vs. | ) ) |
| ***Party B***, | ) ) |
| ***Party B Type***. | ) ) |

I certify that on this date, I have served a copy of Notice in this action on counsel of record by

***IF Served By = "Hand Delivery"*** Delivering it to him/her personally;

***IF Served By = "US Mail"*** Mailing it to him/her, at his/her last known address, by depositing it in the U.S. Mail, in an envelope with sufficient postage affixed, addressed as follows:

***IF Served By = "US Mail"***      ***IF Served By = "Commercial Delivery"*** Delivering it by commercial delivery service in accordance with Rule 4(d)(9), SCRCP, addressed as follows:
    ***IF Served By = "Commercial Delivery"***
    ***IF Served By = "Email"*** Email addressed to:
***IF Served By = "Email"***       ***IF Served By = "Facsimile"*** Facsimile to:
    ***IF Served By = "Facsimile"***; or,

    ***IF Served By = "Other"*** Other: _____
        ***IF Served By = "Other"***

| | |
|---|---|
| January 6, 2017 | |
| Date | Mary K. Smith |

_____    _____
                                 Legal Assistant to Dominic A. Starr

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

John W. Moscow
direct dial: 212.589.4636
jmoscow@bakerlaw.com

January 4, 2017

**VIA ECF**

Hon. David C. Norton
U.S. District Judge
U.S. District Court
P.O. Box 835
Charleston, SC 29402

Re: *In re Application of Rivada Networks*, 2:16-mc-00473-DCN

Dear Judge Norton:

I represent Rivada Networks in this miscellaneous proceeding, and I write to explain the basis of Rivada's opposition to Virginia Chavez Romano's pending application for admission *pro hac vice*, ECF No. 16.

Rivada's opposition to the motion has nothing to do with Ms. Romano's qualifications or character. As an alumna of the United States Attorney's Office for the Southern District of New York, the New York State Attorney General's Office and the Department of Justice headquarters she is well known in New York and held in the highest regard in New York's legal community.

Rather, Rivada opposes the motion because Ms. Romano seeks to appear on behalf of Altan Redes S.A.P.I. de C.V., a third party not entitled to appear in these proceedings.

Rivada's opposition to Altan Redes's appearance in these proceedings will be articulated in its briefing on Altan Redes's motion to intervene, ECF No. 14. I submit this letter today simply to apprise the court of the limited nature of Rivada's opposition to Ms. Romano's *pro hac vice* motion.

Sincerely,

*/s/ John W. Moscow/*

John W. Moscow

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC